```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :     25cv2877 (DLC)
SOUND AROUND, INC.,                      :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
ANHUI LIGHT INDUSTRIES INTERNATIONAL     :
CO., LTD. and YOAU ELECTRIC CO. LTD.     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2025, defendant Anhui Light Industries International Co., LTD filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and 12(b)(6), Fed. R. Civ. P., or, alternatively, to compel arbitration.  On August 25, defendant Yoau Electric Co., Ltd. filed a motion to compel arbitration and a separate motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., and Section 4 of the Federal Arbitration Act.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **September 12, 2025**.  It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the

defendants' motions to dismiss and to compel arbitration by **September 12, 2025**.  The defendants' replies, if any, shall be filed by **September 19, 2025**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for August 28, 2025 is adjourned sine die.

Dated:    New York, New York
          August 25, 2025

                            _____
                            DENISE COTE
                            United States District Judge