```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   25cv2877 (DLC)
SOUND AROUND, INC.,                      :
                                         :        ORDER
                           Plaintiff,    :
          -v-                            :
                                         :
ANHUI LIGHT INDUSTRIES INTERNATIONAL     :
CO., LTD. and YOAU ELECTRIC CO. LTD.     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2025, defendant Anhui Light Industries International Co., Ltd. ("Anhui") filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and 12(b)(6), Fed. R. Civ. P., or, alternatively, to compel arbitration. On August 25, defendant Yoau Electric Co., Ltd. ("Yoau") filed a motion to compel arbitration and a separate motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., and Section 4 of the Federal Arbitration Act. An Order of August 25, as modified by an Order of August 28, directed the plaintiff to file any amended complaint by September 26. The Order of August 25 also alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 26. Accordingly, it is hereby

ORDERED that Anhui's motion to dismiss or compel arbitration of August 24, Yoau's motion to dismiss of August 25, and Yoau's motion to compel arbitration of August 25 are

dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion(s) to dismiss and/or to compel arbitration will be served by the dates indicated below:

- Motion served by **October 10, 2025**
- Opposition served by **October 24, 2025**
- Reply served by **October 31, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 29, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　　United States District Judge