```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
SOUND AROUND, INC.,                  :    25cv2877 (DLC)
                                     :
                    Plaintiff,       :    ORDER
                                     :
          -v-                        :
                                     :
ANHUI LIGHT INDUSTRIES INTERNATIONAL :
CO., LTD. and YOAU ELECTRIC CO. LTD. :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On October 24, 2025, the defendants moved to compel arbitration or, alternatively, to dismiss the amended complaint. The plaintiff filed oppositions on November 14. Pursuant to an Order of October 1, replies are due on December 1. It is hereby

ORDERED that the defendants shall promptly supply Chambers with two (2) courtesy copies of the opening and opposition papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. The defendants shall also supply Chambers with (2) courtesy copies of any reply papers when they are filed.

Dated:    New York, New York
          November 20, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge