UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
SOUND AROUND, INC.,                        :        25cv2877 (DLC)
                                           :
                    Plaintiff,             :        ORDER
                                           :
          -v-                              :
                                           :
ANHUI LIGHT INDUSTRIES INTERNATIONAL       :
CO., LTD. and YOAU ELECTRIC CO. LTD.       :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     An Opinion issued today granted the defendants' motions to

compel arbitration and stayed this action.  Accordingly, it is

hereby

     ORDERED that a status report is due on **December 4, 2026.**

Dated:    New York, New York
          December 4, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge